ROSE REICHENTHAL, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MAX REICHENTHAL, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ALBERT CLAYBURGH and Others v. BENJAMIN SHAPIRO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAMUEL BAYER and Others v. NATHAN BAYER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ADELINE GAVIEGNA, an Infant, etc., v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

COSMOPOLITAN CREDIT CORPORATION v. MARVIN & DAVID REALTY CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before January 31, 1923. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WARREN McCONIHE v. VIRGINIA FOSTER DESORZANO JORRIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed within thirty days from service of order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WARREN McCONIHE v. VIRGINIA FOSTER DESORZANO JORRIN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed within thirty days from service of order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ROSE FRENDER v. MAX BLOOMFIELD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before the 6th day of February, 1923. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ANNIE G. REID v. MARION J. BRODECKI and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FLORENCE COURT v. RAYMOND ANTHONY COURT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES F. HUBBS & COMPANY v. OSCAR L. RICHARDS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before the 26th day of January, 1923. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES A. WOOD v. JAMES S. KELLY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CHARLES A. WOOD v. ALL AMERICAN BROKERS, INC., and Others.— Motion